IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO HECTOR SALCEDO | ) | |
| | ) | |
| V. | ) | 3-03-CR-355-M |
| | ) | (3-05-CV-492-M) |
| UNITED STATES OF AMERICA | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 19 day of July, 2005.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE

Certified a true copy of an instrument on file in my office on 7·19·05
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy